FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JAN 14 PH 2: 5

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

MARVIN TURNER,

      Plaintiff,

v.

JEROME LANE; KEVIN KING; ANDREW
LILLARD; and ZENFORD THOMAS,

      Defendants.

CIVIL ACTION NO.: CV611-098

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' unopposed Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **dismissed**. The Clerk is authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 14 day of JAN, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)