AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Marvin Turner

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV611-98

Dane Dasher et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 14, 2012, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting defendant's motion to dismiss. This action stands closed.

January 14, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03